UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | | |
|---|---|---|
| TRACEY BROWN | : | Case No. 3:23-cv-00100 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND CLAIMS AGAINST JOEL METZE, M.D.** |
| JOEL METZE, M.D. | : | |
| Defendant. | : | |

Plaintiff's Motion for Remand is well taken and GRANTED. Plaintiff's claims against Joel Metze, M.D. are hereby remanded to the Montgomery County Court of Common Pleas in Montgomery County, Ohio.

A certified copy of this Order shall be mailed by the clerk to the clerk of courts of Montgomery County, Ohio.

IT IS SO ORDERED.

_____
Walter H. Rice
United States District Judge